# LAW OFFICES OF W. STEVEN SHUMWAY

300 Harding Blvd., Suite 116
Roseville, California 95678
(916)789-8821
Facsimile (916) 789-2083
sshumway@shumwaylaw.com

January 8, 2014

Magistrate Judge Joseph C. Spero
United States District Court
450 Golden Gate Ave., Courtroom G
San Francisco, California 94102

    Re:    Wilson v. Gagni
             Case No. 13-CV-04814-JCS

Dear Judge Spero:

    I am requesting permission to appear telephonically at the hearing on Plaintiff's motion to remand this case back to the California Superior Court for the County of Placer. The hearing is set for Friday, January 17, 2014 at 9:30 a.m.

    My office is in Roseville, California and it would be a significant cost to my client for me to travel to San Francisco for the hearing.

    If approved, I will be available at (916) 789-8821 for the hearing.

Sincerely,

W. Steven Shumway

cc:    Joly Gagni
       client

Dated: January 9, 2014

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA